**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-2311 Honorable Sean F. Cox |
| In Re: Anti-Vibrational Rubber Parts | 2:16-cv-14057-SFC-RSW |
| THIS RELATES TO: Direct Purchaser Plaintiff Action | |

**STIPULATION OF DISMISSAL OF DIRECT**
**PURCHASER ACTION**

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the Opinion and Judgment, No. 20-1599, ECF No. 42 (6th Cir. May 14, 2021), 13-cv-00803, ECF No. 281 (E.D. Mich. May 14, 2021), that the above-captioned action is hereby dismissed with prejudice against Bridgestone Corporation; Bridgestone AMP Company; Sumitomo Riko Company, Ltd. (f/k/a Tokai Rubber Industries, Ltd.); SumiRiko Ohio, Inc. (f/k/a DTR Industries, Inc.); Toyo Tire Corporation (f/k/a Toyo Tire & Rubber Co., Ltd.); Toyo Tire North America Manufacturing Inc.; Toyo Tire North America OE Sales LLC; and Toyo Automotive Parts (USA), Inc.; Yamashita Rubber Co., Ltd.; and YUSA Corporation (collectively, "Defendants"). Each party to this Stipulation of Dismissal to bear its own costs.

DATED: June 23, 2021                    Respectfully submitted,

By: */s/ David H. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
**FINK BRESSACK**
38500 Woodward Avenue; Suite 350

Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

*Interim Liaison Counsel for Plaintiffs Jerry*
*A. Anderson, Sr., Laura L. LaRue,*
*Christopher A. Lee and the Proposed Class*

Gregory P. Hansel
Randall B. Weill
Jonathan G. Mermin
Michael S. Smith
**PRETI, FLAHERTY, BELIVEAU**
& PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
jmermin@preti.com
msmith@preti.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
**FREED KANNER LONDON &**
**MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

2

Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jspector@srkw-law.com

*Interim Lead Counsel for Plaintiffs Jerry A. Anderson, Sr., Laura L. LaRue, Christopher A. Lee and the Proposed Class*

Linda P. Nussbaum
Bart D. Cohen
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

*Counsel for Plaintiffs Jerry A. Anderson, Sr., Laura L. LaRue, Christopher A. Lee and the Proposed Class On the Brief*
*Interim Co-Lead Class Counsel for the Proposed Direct Purchaser Plaintiff Classes*

By: *s/ Adam Hemlock (with consent)*

Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
adam.hemlock@weil.com
Frederick R. Juckniess
**JUCKNIESS LAW FIRM PLC**
302 E. Liberty Street, Ste. 203
Ann Arbor, MI  48104

3

Telephone: (734) 707-1515
Rick@Juckniesslaw.com

*Counsel for Bridgestone Corporation and Bridgestone APM Company*

*/s/ Matthew J. Turchyn (with consent)*
Bradley J. Schram
Matthew J. Turchyn
**HERTZ SCHRAM PC**
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
Telephone: (248) 335-5000
Facsimile: (248) 335-3346
bschram@hertzschram.com
mturchyn@hertzschram.com

David C. Giardina
Robert N. Hochman
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgiardina@sidley.com
rhochman@sidley.com

*Counsel for Toyo Tire Corporation (f/k/a Toyo Tire & Rubber Co., Ltd.), Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC*

*/s/ Michael A. Rubin (with consent)*
James L. Cooper
Michael A. Rubin
Adam Pergament
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone:  (202) 942-5000
james.cooper@apks.com
michael.rubin@apks.com
adam.pergament@apks.com

Fred K. Herrmann (P49519)

4

Joanne G. Swanson (33594)
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue
Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
fherrmann@kerr-russell.com
jswanson@kerr-russell.com

*On behalf of Yamashita Rubber Co., Ltd.*
*and YUSA Corporation*

*/s/ J. Clayton Everett (with consent)*
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

Larry J. Saylor
**MILLER, CANFIELD, PADDOCK AND**
**STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-7500
saylor@millercanfield.com

*On behalf of Sumitomo Riko Company, Ltd.*
*and SumiRiko Ohio, Inc.*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/ Nathan J. Fink

David H. Fink (P28235)
Nathan J. Fink (P75185)
**FINK BRESSACK**
38500 Woodward Avenue; Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

6